IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LINDA WILLIAMS | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:15-CV-01711 |
| | § | |
| | § | |
| HIGH HOPES, INCORPORATED | § | |
| DBA HERITAGE MITSUBISHI | § | |

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

On this date came on to be considered Plaintiff's Motion to Dismiss With Prejudice in the above entitled and numbered action. The Court, having considered the same, is of the opinion that said dismissal should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that all claims and causes of action of Plaintiff, LINDA WILLIAMS, in the above-styled and numbered action be dismissed against Defendant, HIGH HOPES, INCORPORATED DBA HERITAGE MITSUBISHI, with prejudice as to refiling, with costs of court being taxed against the party by which they were incurred.

**SIGNED this 24th day of August, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE